THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**David Joseph WOODS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2012–3058.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2012.

Charles G. Byrd, Jr., Alston & Byrd, of Baltimore, MD, argued for petitioner.

P. Davis Oliver, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

LOURIE, CLEVENGER, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**ALMONDNET, INC., Plaintiff–Appellant,**

v.

**MICROSOFT CORPORATION, Defendant–Appellee.**

No. 2012–1203.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2012.

David K. Callahan, Kirkland & Ellis LLP, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Meredith Zinanni and Ryan Pohlman.

Robert N. Hochman, Sidley Austin, LLP, of Chicago, IL, argued for defendant-appellee. With him on the brief were Constantine L. Trela, Jr., Richard A. Cederoth, and Nathaniel C. Love, of Chicago, IL, Bryan K. Anderson, of Palo Alto, CA. of counsel on the brief was David E. Killough, Microsoft Corporation, of Redmond, WA.

DYK, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**